**Order entered August 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00974-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**AMBER LASHBROOK, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-23860**

## ORDER

Appellee's July 31, 2015 second motion for extension of time in which to file her brief is

**GRANTED**.  The brief is deemed timely filed as of July 29, 2015.  The State's reply brief is deemed

timely filed as of August 3, 2015.

/s/     ELIZABETH LANG-MIERS
         JUSTICE